UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Case No. 3:20-cr-147

vs.

DARRELL LAMARUSE PLUMP,          District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 38)**

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 38.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in counts one and three of the Indictment, which charge him with possession of a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i) and possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  Doc. No. 38.  The Court will defer the decision of whether to accept the plea agreement until Defendant's sentencing hearing on **February 10, 2022 at 11:00 AM**.

    **IT IS SO ORDERED.**

October 20, 2021                                               s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge